UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 22-80180-Cr-Cannon/Reinhart
8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA,

vs.

DOYLE CLEARE,
  a/k/a "Rickie Williams,"
and HOWARD WRIGHT,

Defendants.
_____/

FILED BY ___TM___ D.C.

Nov 15, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-6

Between on or about October 25, 2022, and continuing through on or about October 30, 2022, in the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**DOYLE CLEARE,**
**a/k/a "Rickie Williams,"**

did knowingly encourage and induce an alien, as set forth in Counts 1 through 6 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, said conduct placing in jeopardy the life of any person:

| Count | Alien |
|-------|-------|
| 1 | HOWARD WRIGHT |

| Count | Alien |
|---|---|
| 2 | L.H. |
| 3 | L.F.T. |
| 4 | M.A.D-M |
| 5 | A.I.G. |
| 6 | H.A.C. |

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (a)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT 7

Between on or about October 25, 2022, and continuing through on or about October 30, 2022, in the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**DOYLE CLEARE,**
a/k/a "Rickie Williams,"

an alien, having previously been removed and deported from the United States on or about June 15, 1993, and August 11, 2000, entered, and attempted to enter, the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

## COUNT 8

Between on or about October 25, 2022, and continuing through on or about October 30, 2022, in the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**HOWARD WRIGHT,**

an alien, having previously been removed from the United States on or about January 22, 2004, and September 12, 2012, entered, and attempted to enter, the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL:

_____
FOREPERSON

*[signature]* for
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*Adam C. McMichael* for
_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DOYLE CLEARE
and HOWARD WRIGHT,

_____ Defendants. _____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami   ___ Key West
___ FTL     ✓ WPB   ___ FTP

New defendant(s)         Yes ___  No ___
Number of new defendants  ___
Total number of counts    ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)

   I    0 to 5 days        ✓          Petty       ___
   II   6 to 10 days       ___        Minor       ___
   III  11 to 20 days      ___        Misdem.     ___
   IV   21 to 60 days      ___        Felony      ✓
   V    61 days and over   ___

6. Has this case previously been filed in this District Court?   (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)  Yes
   If yes: Magistrate Case No.  22-8506-WM (Cleare), and 22-8507-WM (Wright)
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of  11/02/2022
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

_____
ASSISTANT UNITED STATES ATTORNEY
John McMillan

*Penalty Sheet(s) attached

REV 6/5/2020

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** DOYLE CLEARE, a/k/a "Rickie Williams"

**Case No:** _____

Counts #: 1-6
<u>Encouraging or Inducing an Alien to Come to or Enter the United States</u>
Title 8, United States Code, Section 1324(a)(1)(A)(iv), 1324(a)(1)(B)(iii)

* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: 3 years
* Max. Fine: $250,000
* Special Assessment: $100.00

**Immigration consequences of removal (deportation) from the United States upon conviction**

Count #: 7
<u>Re-entry After Deportation (Aggravated Felon)</u>
Title 8, United States Code, Section 1326(a) and (b)(2)

* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: 3 years
* Max. Fine: $250,000
* Special Assessment: $100.00

**Immigration consequences of removal (deportation) from the United States upon conviction**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** HOWARD WRIGHT

**Case No:** _____

**Count #: 8**
Re-entry After Deportation (Felony)
Title 8, United States Code, Section 1326(a) and (b)(1)

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00