UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80180-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**DOYLE CLEARE**,
a/k/a/ "Rickie Williams,"

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 22]. On March 3, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 20] during which Defendant pled guilty to Counts 1 and 7 of the Indictment [ECF No. 8] pursuant to a plea agreement and stipulated factual basis [ECF No. 21]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 7 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Counts 1 and 7 [ECF No. 8]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 22] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Doyle Cleare** as to Counts 1 and 7 of the Indictment is **ACCEPTED**.

CASE NO. 22-80180-CR-CANNON

3. Defendant **Doyle Cleare** is adjudicated guilty of Counts 1 and 7 of the Indictment. Count 1 charges him with knowingly encouraging and inducing an alien to enter the United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv) and (a)(1)(B)(iii) and 18 U.S.C. § 2. Count 7 charges him with attempted reentry into the United States by a previously deported aggravated felon, in violation of 8 U.S.C. § 1326(a) and (b)(2) [ECF No. 8].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of March 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record